**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EAST STROUDSBURG AREA SCHOOL DISTRICT | : | No. 434 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| RMMI, INC., MONROE COUNTY BOARD | : | |
| OF ASSESSMENT REVISION, MONROE | : | |
| COUNTY AND SMITHFIELD TOWNSHIP | : | |
| | : | |
| | : | |
| PETITION OF:  RMMI, INC. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.